# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF NORTH CAROLINA
# SOUTHERN DIVISION

Case No. 7:20-CV-00174-D

SSGT GARRETT BURN, et al., )
on their own behalf and on behalf of others )
similarly situated, )
)
Plaintiffs, )
)
v. )
)
LEND LEASE (US) PUBLIC )
PARTNERSHIPS LLC, et al., )
)
Defendants. )

## STIPULATED FED. R. EVID. 502(d) ORDER

Plaintiffs and Defendants jointly move for the Court to enter this stipulated 502(d) Order.

WHEREFORE, for good cause shown, it is hereby ORDERED, ADJUDGED AND DECREED THAT:

1. The production of privileged or work-product protected hard copy documents, electronically stored information ("ESI") or information, whether inadvertent or otherwise, is not a waiver of the privilege or protection from discovery in this case or in any other federal or state proceeding. This Order shall be interpreted to provide the maximum protection allowed by Federal Rule of Evidence 502(d).

2. Nothing contained herein is intended to or shall serve to limit a party's right to conduct a review of documents, ESI or information (including metadata) for relevance, responsiveness and/or segregation of privileged and/or protected information before production.

3. To the extent any party to this litigation receives a document which it either (a) reasonably believes may be privileged, or (b) is notified by the producing party is privileged,

such receiving party shall return all copies of the document. If the receiving party disagrees with the assertion of privilege, it shall sequester the document (and all copies) until a determination is made as to the assertion of privilege.

4. To the extent that the receiving party subsequently receives a discovery request in separate litigation, a subpoena, or other lawful process which seeks production of any document covered by this Order, the receiving party shall promptly notify the producing party of such request or demand and the receiving party shall take all reasonable steps to protect against disclosure of such privileged document.

5. This Order shall survive the conclusion of the above-referenced litigation and may only be modified upon a motion to this Court. This Order shall be deemed to apply retroactively to the commencement of this litigation.

6. The parties agree that Section 502(b) shall have no application to this agreement and the procedures agreed to herein.

**IT IS SO ORDERED.**

BY THE COURT:

Dated ___July 13, 2022___

_/s/ Dever_
United States District Judge

**AGREED AND APPROVED:**

*Attorneys for Plaintiffs:*

/s/David H. Wise
David H. Wise
John J. Drudi
WISE LAW FIRM, PLC
10640 Page Avenue, Suite 320
Fairfax, VA 22030
Telephone: (703) 934-6377
dwise@wiselaw.pro
jdrudi@wiselaw.pro

/s/Joel R. Rhine
Joel R. Rhine
Martin A. Ramey
RHINE LAW FIRM, P.C.
1612 Military Cutoff Rd., Suite 300
Wilmington, NC 28403
Telephone: (910) 772-9960
jrr@rhinelawfirm.com
MJR@rhinelawfirm.com

/s/Mona Lisa Wallace
Mona Lisa Wallace
John S. Hughes
WALLACE AND GRAHAM, P.A.
525 North Main Street
Salisbury, NC 28144
Telephone: 704-633-5244
mwallace@wallacegraham.com
jhughes@wallacegraham.com

*Attorneys for Defendants:*

/s/Hal J. Perloff
Hal J. Perloff
Michael Klebanov
HUSCH BLACKWELL LLP
1801 Pennsylvania Avenue, NW, Suite 1000
Washington, DC 20006-4675
Telephone: (202) 378-3606
hal.perloff@huschblackwell.com
michael.klebanov@huschblackwell.com

/s/Patrick M. Mincey
Patrick M. Mincey
Stephen J. Bell
CRANFILL SUMNER LLP
101 N. 3rd Street, Suite 400
Wilmington, NC 28401
Telephone: (910) 777-6000
pmincey@cshlaw.com
sbell@cshlaw.com