IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:20-CV-00174-D

SSGT GARRETT BURN, et al., )
on their own behalf and on behalf of )
others similarly situated, )
)
        Plaintiffs, )
) ORDER
v. )
)
LEND LEASE (US) PUBLIC )
PARTNERSHIPS LLC, et al., )
)
        Defendants. )

This matter is before the Court on the Parties' Joint Motion to Stay Proceedings to allow the Parties to participate in non-binding mediation. For good cause shown, and pursuant to the Court's inherent authority, the Consent Motion to Stay Proceedings is GRANTED and this case is STAYED until further order of the Court. The Parties are DIRECTED to notify the Court of the outcome of the mediation within five (5) days of the conclusion of mediation.

SO ORDERED. This the _10_ day of July, 2023.

                                                JAMES C. DEVER III
                                                United States District Judge

1